# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,      )

                            )     No. 69801-0-I

          Respondent,  )

                            )     DIVISION ONE

      v.                   )

                            )     UNPUBLISHED OPINION

CORY DELAVONE HUBBARD,   )

                            )

          Appellant.    )     FILED: MAY 2 7 2014

                            )

                            )

PER CURIAM. Cory Hubbard appeals his conviction for residential burglary, arguing that the trial court erred in instructing the jury that it had a "duty to return a verdict of guilty" if it found all the elements of the offense beyond a reasonable doubt. This argument is controlled by our decision in State v. Ryan P. Moore, No. 69766-8-I (Wash. February 18, 2014) and the cases cited therein.

Affirmed.

FOR THE COURT:

Becker, J.